# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COLLEEN DAVIS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1249-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## AMENDED REPORT AND RECOMMENDATION[1]

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 12)**
>
> **FILED:** March 1, 2007
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence six of 42 U.S.C. § 405(g) for the following reasons:

---

[1] This Amended Report and Recommendation supersedes my original Report and Recommendation, doc. no. 12, which is hereby withdrawn.

> In this case, the case is incomplete because evidence was not entered into the record from sections A, B, D, and E of the modular disability file. Additionally, such other evidence is present in the file; however, the administrative law judge did not admit any such material into the record by means of identifying such evidence either by describing such items on an exhibit list or by numbering such items as exhibits considered in the hearing decision. Because the Commissioner is unable to prepare a complete certified record, the Commissioner requests that the Court order a remand for a de novo hearing.

Doc. No. 12 at 3. Plaintiff Colleen Davis does not oppose the motion. *Id*.

Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and that this case be **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). I further recommend that the Court direct the Clerk of Court to close the file administratively pending resolution of the proceedings on remand.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 14, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy