# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COLLEEN DAVIS,**

          **Plaintiff,**

-vs-                                        **Case No. 6:06-cv-1249-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

## ORDER

This case is before the Court on the "Unopposed Motion for Entry of Judgment with Remand" (Doc. No. 12) filed March 1, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 14, 2007 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Remand is **GRANTED**. This case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

3. The Clerk is directed to administratively close this file pending resolution of the proceedings on remand.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of April, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party