**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COLLEEN DAVIS,**

           **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-1249-Orl-28KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

           **Defendant.**

---

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

     This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO RE-OPEN (Doc. No. 17)**
>
> **FILED:**      **July 12, 2007**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

     In April 2007, based on the Commissioner of Social Security's motion, this matter was remanded to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Doc. No. 16. The Commissioner submits that the proceedings on remand have been completed, and he asks to reopen the case. Doc. No. 17.

     Plaintiff Colleen Davis opposes the motion to reopen because, she argues, the Appeals Council did not take the steps required by this Court's remand order.

In order to resolve the issue raised by Davis, the Court must reopen the case and consider the newly supplemented administrative record. *See* Doc. No. 20. After reopening the case, I recommend that the Court establish a expedited briefing schedule as to sufficiency of the procedures on remand.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 6, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy