UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COLLEEN DAVIS,

          Plaintiff,

-vs-                                  Case No. 6:06-cv-1249-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on the Commissioner of Social Security's Motion to Re-open the Case (Doc. No. 17) filed July 12, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 6, 2007 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Re-open Case is **GRANTED**. Plaintiff has called into question whether the proper procedure was followed by the Appeals Council on remand. Accordingly, Plaintiff shall file her Brief on the sufficiency of the procedures on remand no later than

January 4, 2008. Defendant shall file its response to Plaintiff's Brief no later than February 1, 2008.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_5\_\_\_ day of December, 2007.

                JOHN ANTOON II
                United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party