# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COLLEEN DAVIS,**

**Plaintiff,**

**-vs-**                                               **Case No.  6:06-cv-1249-Orl-28KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**

_____

## ORDER

This case is before the Court on the Plaintiff's Brief on the Insufficiency of the Procedures on Remand (Doc. No. 30) filed January 4, 2008. The United States Magistrate Judge has submitted a report recommending that this matter be once again remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed February 14, 2008 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    This case is remanded to the Commissioner of Social Security and the Commissioner is required, on remand, to do the following:

a)    include in the record all evidence in the administrative file not previously numbered as exhibits or entered into evidence;

b)      receive such other evidence as the claimant wishes to submit to create a complete and adequate record; and

c)      conduct a *de novo* hearing on the complete record.

3.      The Commissioner's Answer, filed at docket entry #18, is hereby **STRICKEN**.

4.      The Clerk is directed to administratively close this file pending completion of the proceedings on remand.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___5___ day of March, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-