# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COLLEEN DAVIS,**

                 **Plaintiff,**

**-vs-**                                                       **Case No. 6:06-cv-1249-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                 **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION TO RE-OPEN (Doc. No. 34)** |
| **FILED:** | **June 18, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

| | |
|---|---|
| **MOTION:** | **MOTION TO AFFIRM THE COMMISSIONER'S DECISION SUBSEQUENT TO REMAND AND FOR ENTRY OF JUDGMENT (Doc. No. 35)** |
| **FILED:** | **June 18, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On March 6, 2008, the Court remanded the present case to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Doc. No. 33. The Clerk of Court administratively closed the case pending the proceedings on remand.

The Commissioner of Social Security now advises the Court that the proceedings on remand have concluded, and that the administrative law judge issued a final decision on November 4, 2008 that was fully favorable to Plaintiff. Therefore, he asks the Court to reopen the case, affirm the decision after remand, and enter a judgment in favor of Plaintiff. He represents that Plaintiff does not oppose the requested relief.

Accordingly, I respectfully recommend that the Court do the following:

1. **DIRECT** the Clerk of Court to reopen the case;

2. **DIRECT** the Clerk of Court to enter a judgment in favor of Plaintiff; and,

3. **DIRECT** the Clerk of Court to close the case following entry of judgment.

I further recommend that counsel for the parties submit a proposed form of judgment to the Court no later than the time for filing objections to this report and recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 14, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge

Counsel of Record
Courtroom Deputy