# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

COLLEEN DAVIS,

        Plaintiff,

-vs-                                Case No. 6:06-cv-1249-Orl-28KRS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 45) of the United States Magistrate Judge as to Plaintiff's Petition for Attorney's Fees (Doc. No. 41) and Richard A. Culbertson's Petition for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b). Also before the Court is Plaintiff's Objections to the Report and Recommendation (Doc. No. 46).

The Court agrees with Plaintiff's objection that the EAJA fees should be offset from the 42 U.S.C. § 406(b) fees. Accordingly, the Report and Recommendation is adopted in part.

Plaintiff's Petition for Attorney's Fees (Doc. No. 41) is **GRANTED**. Richard A. Culbertson's Petition for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. No. 42) is **GRANTED**.

The Commissioner is ordered to pay to Attorney Culbertson $3,311.53 in attorney's fees under the EAJA. Attorney Culbertson is authorized to charge and collect from Plaintiff a fee in the amount of $8,973.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _21_ day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party